Gardner v. Perkins.

---

## GARDNER et al. v. PERKINS.

Where a motion to dissolve an injunction is made upon bill and answer alone, the general rule is to dissolve the injunction, if the answer denies all the equities of the bill. There are exceptions to the rule, but they depend upon the special circumstances of the particular cases.

APPEAL from the District Court of the Ninth Judicial District, County of Shasta.

*James A. McDougall* for Appellants.

*R. T. Sprague* for Respondent.

FIELD, J., delivered the opinion of the Court—BURNETT, J., concurring.

Where the motion is made upon bill and answer alone, the general rule is to dissolve the injunction, if the answer denies all the equities of the bill. (Hoffman v. Livingston, 1 Johns. C., 211; Livingston v. Livingston, 4 Paige, 111.) There are exceptions to the rule, but they depend upon the special circumstances of the particular cases. (Dean v. Coddington, 2 Johns. C.,

202.) There is nothing disclosed in the record which should take the present case from its operation.

Judgment affirmed.